| | |
|---|---|
| | Index #: 07 CV 3255 |
| | Date Purchased: April 23, 2007 |
| | Date Filed: _____ |
| | Court Date: _____ |

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**

ATTORNEY(S): Kathleen A. Zebrowski Esq. : U.S. Attorney's Office - SDNY   PH: 212-637-2710
ADDRESS: 86 Chambers Street  New York  N.Y.  10007   File No.:

*UNITED STATES OF AMERICA,*
vs.
*MARC W. STEIN,*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF __NEW YORK__, COUNTY OF __WESTCHESTER__ SS.:
I, __SHIRLEY BEYER__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __5/9/07__ at __5:34 PM__
at __1178 FARMERS MILLS ROAD  CARMEL, NY 10512__, deponent served the within
**Summons and Verified Complaint**
with Index Number __07 CV 3255__, and Date Purchased __April 23, 2007__ endorsed thereon,
on: __MARC W. STEIN__, __Defendant__ therein named.

**#1 INDIVIDUAL** □
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** □
By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** ☒
By delivering a true copy of each to __SCOTT STEIN - BROTHER__ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [☒] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** □
By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** ☒
On __5/11/07__, deponent completed service under the last two sections by depositing a copy of the __SUMMONS & VERIFIED COMPLAINT__ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of __NY__ Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** □
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** ☒ (use with #1, 2 or 3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __M__  Color of skin __WH__  Color of hair __DK__  Age __30-35__  Height __5'7"__
Weight __170__  Other Features: _____

**#8 WIT. FEES**
the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** □
Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** □

Sworn to before me on this __11th__ day of __May 2007__   x __Shirley Beyer__
ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 2009

Process Server
Please Print Name Below Signature

Invoice•Work Order # 0716915

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382*